IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELISSA PHILLIPS,<br><br>                Plaintiff,<br><br>v.<br><br>CHEROKEE NATION, et al.,<br><br>                Defendant. | Case No. 23-CV-89-JFH-GLJ |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 8. The Magistrate Judge recommends that the case be dismissed for failure to prosecute. *Id.*

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, the case is dismissed without prejudice, for failure to prosecute.

IT IS SO ORDERED this 19th day of October 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE